# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sharyon M. Sanders, | Case No. 23-cv-2676 (SRN/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Dep't of Veterans Affairs, Debt Management Center, | |
| Defendant. | |

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff Sharyon M. Sanders's application to procced *in forma pauperis* ("IFP") (ECF No. [4]) is **GRANTED**.

2. Plaintiff must submit a properly completed Marshal Service Form (Form USM-285) for the Defendant.  If Plaintiff does not complete and return the Marshal Service Form by October 26, 2023, the Court will recommend that this matter be dismissed without prejudice for failure to prosecute.  The Court will provide Plaintiff a Marshal Service Form.

3. After return of the Marshal Service Form, the Court directs the U.S. Marshals Service to effect service of process on the Defendant consistent with Rule 4(i) of the Federal Rules of Civil Procedure.

4. The Court finds that Plaintiff has no assets and no means from which to pay an initial partial filing fee in this matter. (*See* ECF No. 5.)  Accordingly, that obligation is waived.  *See* 28 U.S.C. s. 1915(b)(4).  Plaintiff therefore must pay the unpaid balance ($350.00) of the statutory filing fee for this action in the manner

1

prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Plaintiff is confined.

Dated: September 26, 2023         *s/ Dulce J. Foster*
                                  DULCE J. FOSTER
                                  United States Magistrate Judge